COURT OF APPEALS

SECOND DISTRICT OF TEXAS

FORT WORTH

NO. 2-07-348-CV

IN RE REZA ZANDI RELATOR

------------

ORIGINAL PROCEEDING

------------

MEMORANDUM OPINION
(footnote: 1)
------------

The court has considered relator’s petition for writ of habeas corpus and is of the opinion that relief should be denied.  Accordingly, relator’s petition for writ of habeas corpus is denied.

Relator shall pay all costs of this original proceeding, for which let execution issue.

PER CURIAM

PANEL B:  LIVINGSTON, DAUPHINOT, and WALKER, JJ.

WALKER, J., would request a response.

DELIVERED:  October 18, 2007

FOOTNOTES
1:
See
 
Tex. R. App. P. 47.4.